STATE v. REDFEARN

No. 712P85.

Case below: 77 N.C. App. 239.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 January 1986.

STATE v. RUIZ

No. 674P85.

Case below: 77 N.C. App. 425.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. STEWART

No. 539P85.

Case below: 76 N.C. App. 346.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. UZZELL

No. 684P85.

Case below: 77 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. VANHORN

No. 683P85.

Case below: 77 N.C. App. 460.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.